**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DISTRICT (at Cincinnati)**

| | |
|---|---|
| **PLAINTIFFS LISTED IN ATTACHED EXHIBIT A** | Civil Action No. _____ |
|     **Plaintiffs** | (Judge _____) |
| **v.** | |
| **Hon. MAUREEN O'CONNOR,** in her official capacity as Chief Justice of the Supreme Court of the State of Ohio, | **VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, COSTS, AND ATTORNEY FEES FOR CONSTITUTIONAL VIOLATIONS** |
| **SERVE:** Diane Hayes, Judicial Assignment Specialist, Office of Judicial Services, 65 South Front Street Sixth Floor Columbus, OH 43215 | |
| **and** | |
| **Hon. TERRENCE O'DONNELL,** in his official capacity as a Justice of the Supreme Court of the State of Ohio, | |
| **SERVE:** Diane Hayes, Judicial Assignment Specialist, Office of Judicial Services, 65 South Front Street Sixth Floor Columbus, OH 43215 | |
| **and** | |
| **Hon. SHARON L. KENNEDY,** in her official capacity as a Justice of the Supreme Court of the State of Ohio, | |

SERVE: **Diane Hayes,** )
**Judicial Assignment** )
**Specialist, Office of** )
**Judicial Services,** )
**65 South Front Street** )
**Sixth Floor** )
**Columbus, OH 43215** )
)
**and** )
)
**Hon. JUDITH L. FRENCH,** )
**in her official capacity as a** )
**Justice of the Supreme** )
**Court of the State of Ohio,** )
)
SERVE: **Diane Hayes,** )
**Judicial Assignment** )
**Specialist, Office of** )
**Judicial Services,** )
**65 South Front Street** )
**Sixth Floor** )
**Columbus, OH 43215** )
**and** )
)
**Hon. PATRICK F. FISCHER,** )
**in his official capacity as a** )
**Justice of the Supreme** )
**Court of the State of Ohio,** )
)
SERVE: **Diane Hayes,** )
**Judicial Assignment** )
**Specialist, Office of** )
**Judicial Services,** )
**65 South Front Street** )
**Sixth Floor** )
**Columbus, OH 43215** )
)
**and** )
)
**Hon. R. PATRICK DeWINE,** )
**in his official capacity as a** )
**Justice of the Supreme** )
**Court of the State of Ohio,** )

**SERVE:  Diane Hayes,**                   )
        **Judicial Assignment**             )
        **Specialist, Office of**           )
        **Judicial Services,**              )
        **65 South Front Street**           )
        **Sixth Floor**                     )
        **Columbus, OH 43215**              )
                                          )
**and**                                    )
                                       )
**Hon. MARY DeGENARO,**                    )
        **in her official capacity as a**   )
        **Justice of the Supreme**          )
        **Court of the State of Ohio,**     )
                                       )
**SERVE:  Diane Hayes,**                   )
        **Judicial Assignment**             )
        **Specialist, Office of**           )
        **Judicial Services,**              )
        **65 South Front Street**           )
        **Sixth Floor**                     )
        **Columbus, OH 43215**              )
                                       )
       **Defendants**                       )

Plaintiffs Frieda Aaron, Patricia Adams, Michelle Agee, Jimmy Allen, Katrina Allen, Sherry Lynn Allen, Rebecca Applegate, Brad Arnold, George Arnold, Diana Ashcraft, Brian Atkins, Jonathan Atwell, Thomas Augst, Amanda Ayres, Gayle Bachmann, Caidan Bailey, Nicole Baker, Paul Baker, Jennifer Ballinger, Cindy Bartlett, Kimberly A Bates, as Administratrix of the Estate of Tony Falkner, Deceased, Laura Batsche, Nicholas Battista, Joseph Baumgardner, Steven Bayliss, as Executor of the Estate of Louise Bayliss, Deceased, Michelle Beavan, Phyllis Bechtold, Judy Beck, Troy Beckelhimer, Nancy Begley, Cathy Beil, Terry Beil, Mackenzie Bender, Denise Benge, Nicholas Benge, Antoinette Benjamin, Shawnda Benton, William Benton, Denise Bess, Leona Beyer, Trey Billing, Edythe Bishop, Anthony Bode, Kaitlyn Boggs, Paul Boggs, as Administrator of the Estate of Barbara Boggs, Deceased, Jennifer Bookman, Patricia

Boone, Deena Borchers, Doris Botner, Gerald Botner, Arletta Bowling, Nancy Bowman, Penny Brackett, Latoya Bradshaw, Christina Brashear, Melissa Braucher, Dominique Bray, Lindsey Bray, Rebecca Breitenstein, Randal Brewer, Sharon Brice, Michael Brophy, Richard Brorein, as Executor of the Estate of Eileen Brorein, Deceased, James Brown, Jonathan Brunner, Kayla Burton, Vicki Buschur, Kathleen Bushelman, Annette Buskirk, Brenda Butler, Michele Byar, Douglas Callahan, Patrick Calligan, Jan Campbell, Robert Campbell, Andrew Carr, Bunnavuth Chhun, Tonya Chisman, Chris Clark, Jessica Cochran, John Collins, Elizabeth Compo, David Conger, Kenneth Conger, Brenda Conley, Dana Conley, Michael Cook, Gary Coots, Jacob Cotter, Sandra Couch, as Administratrix of the Estate of Jackie Couch, Deceased, Eric Courtney, Michael Crail, Karen Crissinger, Carrie Crowe, Forrest Crowe, Carrie Crowe, Forrest Crowe and Carrie Crowe, as Next Friend of their Minor Daughter, K.C., Joi Crowe, Joy Cullins, Kathryn Curley, William Dabney, Tammy Dale, Joseph Davis, Nellie Davis, Ralph Dawson, Ollie Deaton, Stefanie Deaton, Damon Deck, Sandra Dennis, Robert Densler, Kristine Dority, Carolyn Dotson, Deborah Doyle, Douglas Drafts, Patrick Dugan, Billy Dugger, Dawn Dunklin, Jacob Durham, Darrell Earls, Mona Eder, Kevin Elfers, Richard Elliott, Brenda Errgang, Tracy Esselman, Arlene Fait, Linda Favaron, as Executrix of the Estate of Neil Favaron, Deceased, Jacob Feltner, Karen Feltner, Caela Finnell, Troy Fite, Francine Ford, Shamyia Ford, Lennie Fossett, Amanda Franks, Joann Frazier, Julie Freeman, Judith Gardner, Christine Geralds, Mary Gerbus, as Administratrix of the Estate of Lois Hughes, Deceased, Erma Jean Gilbert, Christina Goldstein, Donna Good, Greg Graber, Maurice Grabow, Erin Greelish, Gloria Greene, Robbie Gregory, Carla Griessman, Susan Griffin, Jenny Grimm, Melissa Habermehl, Lenora Haggard, Taura Halbert, Individually and as Next Friend of her Minor Son, P.H., Lynn Haley, Alyssa Hall, David

4

Hall, Administrator of the Estate of Lisa Hall, Deceased, Ruhama Hall, Dorothea Hamilton, Samantha Hamilton, William Hamilton, Courtney Hammons, Ryan Handorf, Timothy Hannon, Adam Hartman, Kevin Hartness, Jessica Hastings, Wayne Hatfield, Stephanie Hawks, as Executor of the Estate of Nancy Boland, Deceased, Douglas Hayes, Executor of the Estate of William Hayes, Deceased, Emily Haynes, Minuet Healy, Denise Helton, Evelyn Helton, Debra Henderson, Kelly Hennessy, Barbara Hensley, Ryan Hensley, Emily Herbert, Kathy Hersley, Karen Higginbothan, Alissa Hightchew, Michael Hillard, Dirk Hitchcock, Celeste Hoffman, Cathy Holley, Administratrix of the Estate of Linda Kallmeyer-Ward, Deceased, Loretta Hon, Chelsea Hortman, Robert Houghton, II, Ricky Hounchell, Rita Hounchell, Kathryn Howell, Tammy Hughes, Kevin Hunley, Carolyn Hursong, David Huser, Martha Hutton, Irene Hyde, Elsa Ieraci, Melvin James, as Administrator of the Estate of Carrie Britten, Deceased, Tracy Janson, Kimberly Jenkins, Stephanie Jobe, Amber Johnson, Chelsea Johnson, Karen Johnson, Roger Johnson, Sara Jonas, Joan Jones, Rachel Jones, Tammy Jones, Jacqueline Judkins, Individually and as Administratrix of the Estate of Phyllis Judkins, Deceased, Joshua Kauffman, Katelyn Kauffman, Michelle Keplinger, Martha Kibler, Deborah Kidd, Charlotte King, Maggie Knauer, Individually and as Administrator of the Estate of Christopher Knauer, Deceased, Amanda Koch, Rose Koehler, Shannon Koehler, Mike Koelblin, Valarie Kopp, Shelia Pogue Krabacher, Larry Krech, Brandon Lacinak, Natasha Lainhart, Maurine Langford and Lyndon Langford, Individually and as Next Friend of their Minor Son, N.L., Tom Lantry, Patricia Legendre, Karen Leger, Beth Leisring, Sandra Lemmel, Ailene Levan, Adrian Lilly, Derek List, Lynne List, Tammie Little, Tammie Little, Richard Lozier, as Executor of the Estate Patricia Bruce, Deceased, Rhonda Mains, Shirley Mains, Vicky Mains, Tammy Mann, Jack Marcheschi, Marsha

5

Martin, Stacy John Martin, Robert Masters, Brandon Mathis, Traci Matthews, Donald
Mauntel, as Next Friend of his Minor Child, M.M., Kimberly Mayer, Derek Mayfield,
James McCain, Jenna McCall, Heather McCann, Christopher McCaughey, as
Administrator of the Estate of Margaret Dailey, Deceased, Kyra McClendon, Barbara
McClure, as Executrix of the Estate of Robert Ellington, Deceased, Barbara McClure, as
Executrix of the Estate of Connie McClure-Ellington, Deceased, Stacy Fletcher, as
Executrix of the Estate of Jeffrey McClure, Deceased, Kevin McDonald, Marcella
McDonald, Grant McKenney, Candi McKinney, Tyler McKnight, Teresa McMillen, Mark
McMurren, Kameron McNeal, Kerry McNeal, Tonia McQueary, Tiffany Meadows, Dawn
Merland, Tiffany Messerschmidt, Randall Metcalf, Diane Meyer, Thomas Meyers,
Lyndsey Middendorf, Karen Miller, Ryan Miller, Samantha Mink, Vera Moffitt, Billie
Moore, Donald Moore, Stephanie Moore, Robert Moore, Tim Moore, Sherri Puckett
Morrissette, Robert Mounce, Sarra Mueller, Jennifer Myers, Joetta Nafe, Tonya Neal,
Charles Nelson, Marjorie Newman, Teresa Nichols, Rahman Nisbett, Michelle Noble,
Ruvimbo Nyemba, Wendy Oberlander, Michael Odulana, Timothy Osborn, Dannie Mae
Owens, Haley Payne, Jeff Peddicord, Duane Pelfrey, Angela Pennington, Nancy, as
Executrix of the Estate of Kenneth Pfetsch, Deceased, Clarence Phillips, Heather Pickett,
Jeff Potts, Antoine Powell, Bryan Powers, Leslie Powers, as Administrator of the Estate
of Heather Heffner, Katie Prater, Heather Schuster, as Executrix of the Estate of
Lawrence Pridemore, Deceased, Tom Pritchard, as Administrator of the Estate of
Sharon Pritchard, Deceased, Carol Pummell, James Pumpelly, Misty Emerson, as
Administrator of the Estate of Marcia Quinn, Deceased, Sandra Radeke, Margaret
Radenheimer, Mary Ravenscraft, Todd Ray, Samantha Redrow, Danielle Reed, Mark
Reed, Jean Fenner, Executor of the Estate of Juanita Jane Reeder, Deceased, Valerie

Reeves, Holly Reifenberger, Jeffrey Remley, Derrill Reynolds, Harry Reynolds, Kent Reynolds, II, Lisa Reynolds, Jordon Ribariu, John Richardson, Jason Riley, Gordon Rister, as Administrator of the Estate of Donna Rister, Deceased, Deborah Roark, Kelly Robinson, Debbie Rodriguez, Jason Romer, Dorothy Rose, Sandra Roundtree, Ronald Rowley, Stephen Carmen, as Administrator of the Estate of Kathrynn Rueve, Deceased, Robert Runtz, Joe Rutter and Christine Rutter, as Next Friends of their Minor Child, C.R., Mike Sand, Chris Scheper, Robin Schiller, Joseph Schimmel, Kim Schmidt, Kevin Schmit, Patrick Schmit, Susan Schock, Steven Andrew Schultz, Timothy Schulze, Ronald Schuster, Delores Scott, Rhonda Scott, Ali Scully, Ruthie Sears, Dana Setters, Glenna Shafer, Asia Shannon, Charlann Shepherd, Patricia Shott, as Executrix of the Estate of Gregory Shott, Deceased, Michelle Sizemore, Heather Slayback, Haley Warren, as Administrator of the Estate of Crystal Slone, Deceased, Donna Smallwood, David Smith, Donald Smith, Orris Smoote, David Snider, Sherrie Spangenberg, Billy Spivy, Eddie Stallings, David Fisher, as Administrator of the Estate of Michelle Stephens, Deceased, Patrick Stephenson, Deon Stigall, Jr., Sierra Stratman, Ryan Tackett, Ryan Tanner, Alex Taylor, Karen Taylor, Ben Thaeler, Brian Thien, Edward Thiessen, Adrienne Thomas, Connie Underwood, Kimberly Underwood, Jacklen Upchurch, Jordan Vance, Shannon Wallace, Vicki Wallace, Katherine Walls, Lindsay Walsh, Tracey Walsh, Michelle Walters, Helen Ward, Michael Watkins, Elaine Waxler, Daniel Webber, Cathleen Weber, Brandon Webster, Laura Weisbecker, Kirstin Weisman, Regina Wesley, Timothy Whalen, Violet Whalen, Lonnie Wheeler, Sophia White, Joseph Wilder, as Administrator of the Estate of Tamathy Wilder, Deceased, Troy Wilder, Benjamin Williams, Kelly Williams, Patrick Willoughby, Carol Wilson, Jetton Wilson, Alisa Wilson, Individually and as Next Friend of her Minor Child, J.W., Paul Wilson, Paula

Wilson, Robert Wilson, Terry Wilson, Vicky Wilson, Dawn Wingert, Priscilla Wittmeyer, Bill Wolder, Billy Wolsing, Theresa Ann Robinson Woods, Carla Wooten, Amber Work, Deborah Worley, as Executrix of the Estate of Fay Rosebery, Deceased, Teresa Worley, Cory Wright, Leah Wright, Cheryl Wyatt, Veronica Yeakle, Evelyn Young, JoAnn Young, Keith Young, Corrine Zachry, Mary Zureick, and Hannah Zymslo (collectively, the "Plaintiffs" listed at Exhibit A hereto), by and through counsel, for their *Verified Complaint for Declaratory and Injunctive Relief, Costs, and Attorney Fees for Constitutional Violations* against defendant Hon. Maureen O'Connor in her official capacity of the Chief Justice of the Supreme Court of the State of Ohio (the "Chief Justice"), and defendants Hon. Terrance O'Donnell, Hon. Sharon L. Kennedy, Hon. Judith L. French, Hon. Patrick F. Fischer, Hon. R. Patrick DeWine, and Hon. Mary DeGenaro, in their respective official capacities as Justices of the Supreme Court of the State of Ohio (collectively, the "Justices"), state and allege as follows:

## INTRODUCTION

1.      This is an action involving the threatened deprivation of Plaintiffs' Fourteenth Amendment right to Due Process by the official capacity Defendant named herein.  Specifically, this action challenges Rules 4.04(A) and (B) of the Rules of Practice of the Supreme Court of Ohio, insofar as these Rules: (i) do not provide for any independent review of a justice's denial of a request for recusal of that justice, and (ii) apply to civil actions in which Plaintiffs sought the Chief Justice's recusal or disqualification in future proceedings in those actions arising from her interference therein at the trial court level.  This action seeks injunctive and declaratory relief under 42 U.S.C. §1983, and costs and attorney fees under 42 U.S.C. §1988, if applicable.

8

## PARTIES

2.     At all pertinent times, most of the Plaintiffs were citizens of either the

State of Ohio or the Commonwealth of Kentucky, although some Plaintiffs are citizens of

other states throughout the United States of America.

3.     At all pertinent times, the Chief Justice was the duly elected and serving

Chief Justice of the Supreme Court of the State of Ohio, and the Justices were the duly

elected or appointed and serving Justices of the Supreme Court of the State of Ohio.

Each of the Defendants are citizens of the State of Ohio.  The Chief Justice and the

Justices are each a "justice" for purposes of S.Ct.Prac.R. 4.04(A).  The Chief Justice and

the Justices are responsible for, among other things, enforcing and deciding any request

for recusal addressed to him or her pursuant to S.Ct.Prac.R. 4.04(B) as a matter of his or

her sole discretion and without any review.

## JURISDICTION AND VENUE

4.     Subject matter jurisdiction over the claims and causes of action asserted

by Plaintiffs in this action is conferred on this Court pursuant to 42 U.S.C. §1983, 28

U.S.C. §1331, 28 U.S.C. §1343, and other applicable law.

5.     Venue in this District and division is proper, pursuant to 28 U.S.C. §1391

and other applicable law, because all of the deprivations of Plaintiffs' constitutional

rights occurred in Hamilton County, Ohio, and future deprivations of their

constitutional rights are threatened and likely to occur within this District.

## FACTS COMMON TO ALL CLAIMS

6.     Rules 4.04(A) and (B) of the Rules of Practice of the Supreme Court of

Ohio provide as follows:

## S.Ct.Prac.R. 4.04 -- Recusal or disqualification of a justice

**(A) Definition.** As used in this rule, "justice" means the Chief Justice or any justice of the Supreme Court or any judge of the court of appeals assigned to sit in place of the Chief Justice or a justice pursuant to Article IV, Section 2 of the Ohio Constitution.

**(B) Request to Recuse.**

(1) A party to a case pending before the Supreme Court or the counsel for a party may request the recusal of a justice by filing a request with the Clerk of the Supreme Court. The request shall be in the form of a letter addressed to the Clerk that includes the name and number of the case and the name of the justice whose recusal is being requested. The letter shall be accompanied by an affidavit, signed by the party or party's counsel, that includes the specific basis for the recusal request and facts in support of the request. Notwithstanding the requirements of S.Ct.Prac.R. 3.11(D), the party or counsel filing the request shall provide a copy of the letter and affidavit to all parties to the case.

(2) The request for recusal shall be filed promptly when a party or party's counsel becomes aware of the existence of a basis for recusal. In a case in which oral argument is scheduled, the request for recusal shall be submitted to the Clerk no later than fifteen days before the date of oral argument, except with leave of court.

(3) An amicus curiae shall not file a request for recusal.

(4) The Clerk shall refuse to file a request for recusal if it is illegible and fails to comply with the requirements of this rule.

**(C) Response to Request.** The justice named in the request shall submit a written response to the Clerk indicating whether the justice will recuse from the case. The response of the justice shall be provided to the Clerk as soon as practicable. The Clerk shall file the response of the justice and serve a copy by certified mail on all parties to the case.

7.     Rule 2.11(A) of the Ohio *Code of Judicial Conduct* provides that "[a] judge

shall disqualify himself or herself in any proceeding in which the judge's *impartiality*

might reasonably be questioned, including but not limited to the following

circumstances: (1) The judge has a personal bias or prejudice concerning a party . . . ."

(emphasis within rule). (7) The judge meets any of the following criteria: . . . (c) The

judge was a material witness concerning the matter; (d) The judge previously presided as a judge over the matter in another court."

8.    Plaintiffs presently have pending approximately 528 cases in the federal and state courts located within Hamilton County, Ohio asserting fraud, medical malpractice claims, and other claims and causes of action against Abubakar Atiq Durrani, M.D. ("Dr. Durrani") and his former practice group, Center for Advanced Spine Technologies, Inc. ("CAST"). Many of the Plaintiffs also assert claims in those actions against the surgical centers where Dr. Durrani and CAST committed fraud, medical malpractice, and other wrongs against them; to wit, Cincinnati Children's Hospital Medical Center, The Christ Hospital, Good Samaritan Hospital, Journey Lite, Riverview and West Chester Medical Center/UC Health.

9.    Plaintiffs' cases in the state courts are pending in the Hamilton County Court of Common Pleas according to the case numbers that correspond to Plaintiffs' names at Exhibit A hereto. The presiding judge in each case is Hon. Mark R. Schweikert. Judge Schweikert was specially assigned to preside over Plaintiffs' cases by the Chief Justice.

10.    The Chief Justice has consistently and wrongfully interfered with and injected herself into Plaintiffs' underlying state court actions. She is biased against Plaintiffs, exhibited the partiality to bias, and has prejudged the cases against them. Plaintiffs, through counsel, have requested in writing, pursuant to S.Ct.Prac.R. 4.04, that the Chief Justice recuse herself from further injecting herself in all of Plaintiffs' cases in trial court as well as all future proceedings in Ohio appellate courts that may concern or involve them. The following facts and reasonable inferences therefrom compel the Chief Justice's recusal or disqualification from all Plaintiffs' cases and in

11

their forthcoming appeals because of their unconstitutional bias, the partiality to bias, and prejudgment:

      A.     The Chief Justice overwhelmingly relied upon contributions from members of the medical profession, the insurance industry, and the large law firms that represent them during her various campaigns seeking election to the office of Justice of the Oho Supreme Court. The Chief Justice's close relationship with her constituencies is reflected in her being a frequent speaker at conferences and other events sponsored by hospital associations.

      B.     The large law firms that represent Dr. Durrani, CAST, and the surgical centers heavily contributed to the election of the Chief Justice during contested elections.

      C.     A public admission by former Ohio Supreme Court Justice Paul Pfeifer to the effect that contributions made to the Chief Justice do affect her rulings.

      D.     The former presiding judge over Plaintiffs' cases, Hon. Jennifer Sargus, suddenly and unexpectedly resigned without any explanation. Despite every opportunity to do so, the Chief Justice has not explained this action. Judges do not disqualify, recuse, or remove themselves from cases without expressing a reason for doing so.

      E.     Following Judge Sargus' departure from Plaintiffs' cases, the Hamilton County Court of Common Pleas administrative judge at the time, Melba Marsh, was directed by the Chief Justice formally to request a special judge to replace Judge Sargus and to preside over Plaintiffs' cases. Judge Marsh dutifully prepared a request to the Chief Justice for a special judge in Plaintiffs'

cases by claiming she and the other judges of the Hamilton County Court of Common Pleas had made the request for a special judge when, in fact, they had not. Actually, the request was false because the Hamilton County Common Pleas judges had been setting cases for trial even before the appointment of Judge Sargus, and had expressed no issues or problems with the management of Plaintiffs' cases during the cases' management conferences. Despite every opportunity to do so, the Chief Justice has not denied the request of Judge Marsh.

F.    Exhibit B hereto is a true and accurate copy of The Supreme Court of Ohio's *Guidelines for the Assignment of Judges*, effective March 1, 2011 (the "Guidelines"). The Chief Justice failed to follow the Guidelines in the process of appointing Judge Schweikert over Plaintiffs' cases. First, none of the reasons for appointing a special judge at Section 2.1 applied here because Judge Marsh's "request" was not a request, but was in compliance with a command from the Chief Justice. The Chief Justice also overlooked Judge Marsh's failure to comply with the requirements precedent to making a request for a special judge at Section 2.3 of the Guidelines. The Chief Justice was fixated with appointing Judge Schweikert as special judge to substitute for Judge Sargus.

G.    Judge Schweikert is not an experienced trial judge of the kind needed to preside over Plaintiffs' cases. His experience is predominately with administrative posts within the Ohio state court system, including the Ohio Judicial Conference. He has a close professional relationship with the Chief Justice. He was appointed special judge over Plaintiffs' cases in response to Judge Marsh's false request for a new special judge.

H.    During his management and oversight of Plaintiffs' cases, Judge Schweikert admitted to counsel that he had received "Orders" from the Chief Justice.  There were improper communications between Judge Schweikert and the Chief Justice regarding the merits of these cases during which Plaintiffs' counsel was barred from participation.  In rendering decisions in the cases, Judge Schweikert, for the first time in his judicial career, used the term "we" rather than "the Court," "the undersigned," or other language denoting the first person singular rather than the first person plural.  The other person was the Chief Justice.

I.    The chief surgical center defense lawyer in Plaintiffs' cases, Walter E. Haggerty, Esq., sent a letter to Charles H. Deters, the owner of The Deters Law Firm, Plaintiffs' counsel, bragging that the defense KNEW they were going to win motions not decided.  Mr. Haggerty is a partner at Frost Brown Todd, LLC, one of the largest contributors to the Chief Justice election campaigns.

J.    During and following the Chief Justice's wrongful interference in the state court proceedings, Judge Schweikert made many decisions in defendants' favors using the flimsiest of logic and analysis and ignoring clear and controlling law.  His decisions include setting aside several prior favorable rulings for Plaintiffs on key issues that had been entered by prior presiding judges in the cases.  These decisions directly reflect the "Orders" Judge Schweikert received from the Chief Justice for implementation in Plaintiffs' cases.

11.    Judge Schweikert acted and operated as the conduit for the Chief Justice in Plaintiffs' cases by complying with directives received from her arising from her improper interference within them.  The Chief Justice and Judge Schweikert were and

14

are biased and exhibited partiality to bias against Plaintiffs and in favor of the medical professionals and their medical malpractice insurers. They have prejudged Plaintiffs' cases.

12.     Plaintiffs sought Judge Schweikert to self-recuse from Plaintiffs' cases. Judge Schweikert denied Plaintiffs' request.

13.     Plaintiffs petitioned the Chief Justice to disqualify Judge Schweikert from further participation in Plaintiffs' cases pursuant to R.C. 2701.03. The statutory process provides for a judge facing an Affidavit of Disqualification to respond to the matters specified within the Affidavit. The Chief Justice on six separate Affidavits of Disqualification has not required Judge Schweikert to respond to the factual matters set forth within the Affidavits. These matters include:

A.     Judge Schweikert having had *ex parte* communications with the defense attorneys in Plaintiffs' cases while serving as the presiding judge.

B.     Judge Schweikert's wife is either a registered nurse employed by a presently unknown doctor or hospital that is readily capable of being connected to the defendants in Plaintiff's cases.

C.     Judge Schweikert having said publically during a social engagement that Plaintiffs' cases are a "pain in his ass."

D.     Judge Schweikert set numerous sets of three trials for the same day with plans to only try one of them on that day. That forces Plaintiffs to prepare for three trials when only one will actually be tried. The defense law firms are paid by the hour and have the staff to accommodate this directive, whereas Plaintiffs' counsel does not. Judge Schweikert rejected this disparity in setting trials.

E.    Judge Schweikert stated he would consult with Hon. Guy Guckenberger on Plaintiffs' cases. Judge Guckenberger is a previously-recused judge in Plaintiffs' cases.

F.    Nevertheless, Judge Schweikert stated he did not care what rulings had been made by the prior presiding judges in Plaintiffs' cases during the last four years.

G.    Judge Schweikert refuses to sanction Dr. Durrani for his conduct, which directly enhances the surgical centers' defensive positions in the Plaintiffs' cases.

H.    Judge Schweikert denied the grant of Plaintiffs motions to amend their complaints prior to the start of any discovery.

I.    Judge Schweikert, after claiming that he relied upon the legislative history of a statute in making a decision, ignored the very legislative history that is favorable to Plaintiffs.

14.    Other judges presiding in some of Plaintiffs' cases have recused themselves over allegations that are far less serious than those directed to Judge Schweikert. For example, Hon. Steven Martin recused himself because he is a chaplain at The Christ Hospital. Further, Judge Guckenberger recused himself arising from his handling of *ex parte* emails from Dr. Durrani's counsel, Michael Lyon, Esq.

15.    Nevertheless, to date, the Chief Justice refuses to disqualify Judge Schweikert as the presiding judge in Plaintiffs' cases.

16.    Plaintiff sought the Chief Justice to recuse herself from any further participation in Plaintiffs' cases, pursuant to S.Ct.Prac.R. 4.04. The grounds for the recusal or disqualification include: (i) directing Judge Marsh to request an unneeded

16

special judge to preside over Plaintiffs' cases, and (ii) wrongfully interfering in Plaintiffs' cases while at the trial court level. The Chief Justice is a material witness to these facts and events within the meaning of Rule 2.11(A)(7)(c) of the Ohio Code of Judicial Conduct that governs judges as material witnesses. Additionally, there is no process or procedure in Ohio law authorizing her interference in the proceedings at the trial court level of Plaintiffs' cases. By doing so, the Chief Justice has materially tainted the prospects that Plaintiffs may have on appeal.

17.    The Chief Justice has refused to recuse or disqualify herself.

18.    There is no independent review available to Plaintiffs of any decisions by the Chief Justice not to disqualify or recuse herself from further participating in Plaintiffs' cases in the future, whether by the use of improper communications with Judge Schweikert or her influence upon future appeals to Ohio's appellate courts, including the Ohio Supreme Court.

19.    Plaintiffs have a constitutional right under the Due Process Clause of the Fourteenth Amendment to the United States Constitution to a fair trial of their cases before a fair tribunal that is free from unconstitutional the partiality to bias. This right and protection was and is clearly established under *Caperton v. A.T. Massey Coal Co., Inc.*, 556 U.S. 868, 887 (2009); *Williams v. Pennsylvania*, 136 S.Ct. 1899, 1910 (2016) ("Due process entitles Terrance Williams to a proceeding in which he may present his case with assurance that no member of the court is predisposed to find against him.").

20.    A party's right to a fair trial before a fair tribunal under the Due Process Clause is violated when the Chief Justice of a state supreme court improperly interferes with the proceedings before the trial court. There is a complete absence of Ohio constitutional, statutory, or decisional law granting a single justice with power directly

17

to supervise or interfere with the operation of a trial court in any given civil action like the Plaintiffs' cases. Further, Plaintiffs cannot have their constitutional challenges to the subject conversations and communications by the Chief Justice with Judge Schweikert decided under S.Ct.Prac.R. 4.04 on a fair and non-prejudgment basis by the very judicial officer whose conduct is being challenged as unconstitutional. This right and protection under the Due Process was and is clearly established under *Yohn v. Love*, 887 F. Supp. 773 (E.D. Pa. 1995), *aff'd. in pertinent part*, 76 F.3d 508 (3d Cir. 1996).

21. At present, Plaintiffs face the threat of ongoing interference, bias, the partiality to bias, and pre-judgment by and from the Chief Justice in the underlying state court actions. Additionally, Plaintiffs face the threat of bias, the partiality to bias, and pre-judgment in any forthcoming appeals or other proceedings in Ohio's appellate courts, especially proceedings before the Ohio Supreme Court.

22. Upon information, the Justices also receive requests for recusal or disqualification from a case periodically under S.Ct.Prac.R. 4.04(A) and (B). The Justice is the sole decision-maker regarding the grounds for his or her disqualification or recusal under S.Ct.Prac.R. 4.04(A) and (B). In those instances where the Justice denies the request, there is no independent review of the decision.

23. Unless enjoined, all Defendants will continue applying and enforcing S.Ct.Prac.R. 4.04(A) and (B) in a manner that prevents independent review of a justice's decision not to recuse or disqualify himself or herself because the justice's impartiality may be reasonably questioned, in contravention of Plaintiffs' and other litigants' right under the Due Process Clause of entitlement to a fair trial before a fair tribunal.

24. In light of the holdings in *Caperton v. A.T. Massey Coal Co., Inc.*, 556 U.S. 868, 887 (2009); *Williams v. Pennsylvania*, 136 S.Ct. 1899, 1910 (2016); and *Yohn v.*

*Love*, 887 F. Supp. 773 (E.D. Pa. 1995), *aff'd. in pertinent part*, 76 F.3d 508 (3d Cir. 1996), establishing that parties to a civil action have a constitutional right to a fair trial before a fair tribunal without improper interference in the trial court proceedings by an appellate court judge with the trial judge; the threat of ongoing participation by the Chief Judge in Plaintiffs' cases by not having any independent review of her decisions not to recuse or disqualify herself therefrom would be: (i) in bad faith, (ii) solely to harass Plaintiffs, and/or (iii) enforcing a flagrantly and patently unconstitutional judicial rule.

25.     The actions set forth herein have and continue to deprive Plaintiffs of their Fourteenth Amendment rights.

<u>**COUNT I – VIOLATION OF FOURTEENTH AMENDMENT**</u>

<u>**Part I – "Facial" Challenge**</u>

26.     Plaintiffs incorporate by reference the preceding numbered paragraphs of their Complaint as if fully set forth herein.

27.     The Section One of Fourteenth Amendment of the United States Constitution provides, in pertinent part, that ". . . nor shall any State deprive any person of life, liberty, or property, without due process of law. . . ."

28.     Each of the Plaintiffs is a citizen of the United States of America.

29.     Plaintiffs, and each of them, have clearly established rights and protections under the United States Constitution as to Due Process of Law and other Fourteenth Amendment guarantees. The axiom "no man can be a judge in his own case" is fundamental to the guaranty to Due Process but will have little substance if there is no independent review of a request for recusal or disqualification of the Chief Justice or a Justice under S.Ct.Prac.R. 4.04(A) and (B) that had been denied and, consequently, the

Due Process Clause requires that the denial of a request for recusal or disqualification thereunder of a justice be reviewed independently.

30.     A substantial number of instances exist in which S.Ct.Prac.R. 4.04(A) and (B) cannot be applied constitutionally. These include instances where the Chief Justice and the other Justices, using their respective offices and acting under color of state law, apply and enforce S.Ct.Prac.R. 4.04(A) and (B) by denying requests for recusal or disqualification thereunder and, thereafter, wrongfully participate in cases in which they should be recused or disqualified -- without any independent review of the recusal decision -- in contravention of Plaintiffs' and others' Due Process rights, which have been deprived, are being depriving, and will deprive them of their right to a fair trial before a fair tribunal guaranteed to them under the Fourteenth Amendment of the United States Constitution -- rights that are clearly established. Defendants thereby subjected themselves under 42 U.S.C. §1983 to prospective injunctive relief and declaratory relief under 28 U.S.C. §§2201, *et seq.*

31.     Plaintiffs seek declaratory relief, and prospective injunctive relief under 42 U.S.C. §1983 and 28 U.S.C. §§2201, *et seq.*, to declare S.Ct.Prac.R. 4.04(A) and (B) unconstitutional. Plaintiffs likewise seek a permanent injunction enjoining the application or enforcement of S.Ct.Prac.R. 4.04(A) and (B) in the absence of a provision providing for independent review of a Justice's decision thereunder not to recuse or disqualify himself or herself from a case. Plaintiffs further seek their costs and reasonable attorney fees under 42 U.S.C. §1988, if applicable.

**Part II -- "As Applied" Challenge**

32.     Plaintiffs incorporate by reference the preceding numbered paragraphs of their Complaint as if fully set forth herein.

33.     Each of the Plaintiffs is a citizen of the United States of America.

34.     Plaintiffs, and each of them, have clearly established rights and
protections under the United States Constitution as to Due Process of Law and other
Fourteenth Amendment guarantees. The axiom "no man can be a judge in his own case"
is fundamental to the guaranty to Due Process but will have little substance if there is no
independent review available of the denial of a request for recusal or disqualification of
the Chief Justice or a Justice under S.Ct.Prac.R. 4.04(A) and (B). This is acutely true
where, as here, the Chief Justice is the subject of the recusal or disqualification request
as well as the principal witness of the conduct complained of without providing
Plaintiffs any opportunity of independent review if the decision. Consequently, the Due
Process Clause requires that any denial of a request for recusal or disqualification under
S.Ct.Prac.R. 4.04(A) and (B) be reviewed independently.

35.     The Chief Justice, using her office and acting under color of state law, will
continue applying and enforcing S.Ct.Prac.R. 4.04(A) and (B) by denying requests for
recusal or disqualification thereunder and, thereafter, wrongfully participate in cases in
which she should be recused or disqualified -- without any independent review of the
recusal decision in contravention of Plaintiffs' and others litigants' Due Process rights,
which have been deprived, are being deprived, and will deprive them of their right to a
fair trial before a fair tribunal guaranteed to them under the Fourteenth Amendment of
the United States Constitution – rights that are clearly established. The Chief Justice
thereby subjected herself under 42 U.S.C. §1983 to prospective injunctive relief and
declaratory relief under 28 U.S.C. §§2201, *et seq.*

36.     The Chief Justice abused the authority of her office and, while acting
under color of state law, and with knowledge of Plaintiffs' and other litigants' rights,

21

applied and enforced S.Ct.Prac.R. 4.04(A) and (B) by denying requests for recusal or disqualification without any independent review thereof, thereby violating Plaintiffs' and litigants' Due Process rights.

37.     Plaintiffs seek declaratory relief, and prospective injunctive relief under 42 U.S.C. §1983 and 28 U.S.C. §§2201, *et seq.*, to declare S.Ct.Prac.R. 4.04(A) and (B) unconstitutional as applied to requests for disqualification or recusal of a justice that were denied without any independent review of the decision.  Plaintiffs likewise seek a permanent injunction enjoining the application or enforcement of S.Ct.Prac.R. 4.04(A) and (B) in the absence of a provision providing independent review of a justice's decision thereunder not to recuse or disqualify himself or herself from a case.  Plaintiffs further seek their costs and reasonable attorney fees under 42 U.S.C. §1988, if applicable.

## **PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiffs demand judgment against the Chief Justice and the Justices as prayed for, including:

A.     That this Court issue a declaration that S.Ct.Prac.R. 4.04(A) and (B) is unconstitutional on their face for contravening the Due Process Clause because of the absence of any opportunity for independent review of a justice's decision denying a request to recuse or disqualify because of the alleged presence of bias, partiality to bias, or prejudgment in the case;

B.     That this Court issue a declaration that S.Ct.Prac.R. 4.04(A) and (B) is unconstitutional as applied in contravention of rights and protections afforded under the Due Process Clause regarding the absence of any provision providing independent review of the Chief Justice's denials of Plaintiffs' future requests for recusal or

disqualification from interfering or participating in Plaintiffs' cases pending in the Hamilton County Court of Common Pleas and in future proceedings before Ohio's appellate courts, including the Ohio Supreme Court;

C.      That this Court enter a temporary restraining order and/or a preliminary injunction to enjoin the application and enforcement of S.Ct.Prac.R. 4.04(A) and (B) on an as-applied or facial basis, pending a trial on the merits;

D.      That this Court award permanent injunctive relief, prohibiting the further application and enforcement of S.Ct.Prac.R. 4.04(A) and (B) generally in the absence of independent review of denials of requests for recusals or disqualifications or, in the alternative, prohibiting the Chief Justice from applying and enforcing S.Ct.Prac.R. 4.04(A) and (B) as applied in the application of these Rules to Plaintiffs' cases;

E.      That Plaintiffs be awarded their costs in this action, including reasonable attorney fees under 42 U.S.C. §1988, if applicable; and

F.      For such other and further relief to Plaintiffs as this Court shall deem just and proper.

Respectfully submitted,

/s/ Frederick Johnson
Frederick Johnson (#0083071)
The Deters Law Firm
5247 Madison Pike
Independence, KY 41051
(859) 363-1900
(859) 363-1444 (fax)

*Counsel for Plaintiffs*

## **VERIFICATION**

I, Frederick Johnson, hereby verify the facts contained in this Verified Complaint.

_____

Frederick Johnson

COMMONWEALTH OF KENTUCKY   )
                               ) SS:

COUNTY OF KENTON             )

Signed and sworn to before me, a notary public for the Commonwealth and County aforesaid on this 22 day of February 2018, by Frederick Johnson as his own free and voluntary act and deed.

_____

Notary Public
Commonwealth-at-Large
ID # 548409

My commission expires: 3/14/2020

24

# EXHIBIT A

| DURRANI CLIENT | CASE NO. |
|---|---|
| 1. Aaron, Frieda | A1706463 |
| 2. Adams, Patricia | A1506958 |
| 3. Agee, Michelle | A1506571 |
| 4. Allen, Jimmy | A1402537 |
| 5. Allen, Katrina | A1700327 |
| 6. Allen, Sherri Lynn | A1706403 |
| 7. Applegate, Rebecca | A1706553 |
| 8. Arnold, Brad | A1504450 |
| 9. Arnold, George | A1706465 |
| 10. Ashcraft, Diana | A1706445 |
| 11. Atkins, Brian | A1706414 |
| 12. Atwell, Jonathan | A1706489 |
| 13. Augst, Thomas | A1506042 |
| 14. Ayres, Amanda | A1400578 |
| 15. Ayres, Amanda- Christ | A1502990 |
| 16. Bachmann, Gayle | A1506044 |
| 17. Bailey, Caidan | A1700298 |
| 18. Baker, Paul | A1504464 |
| 19. Baker, Nicole | A1706365 |
| 20. Ballinger, Jennifer | A1706480 |
| 21. Bartlett, Cindy | A1706599 |
| 22. Batsche, Laura | A1706512 |
| 23. Battista, Nicholas | A1706540 |
| 24. Baumgardner, Joseph | A1700289 |
| 25. Bayliss, Steven as Executor of the Estate of Louise Bayliss | A1602538 |
| 26. Beavan, Michelle | A1505423 |
| 27. Bechtold, Phyllis | A1706549 |
| 28. Beck, Judy | A1706494 |
| 29. Beckelhimer, Troy | A1404075 |
| 30. Begley, Nancy | A1706537 |
| 31. Beil, Cathy | A1302781 |
| 32. Beil, Terry | A1706579 |
| 33. Bender, Mackenzie | A1506577 |
| 34. Benge, Denise | A1504447 |
| 35. Benge, Nicholas | A1504454 |
| 36. Benjamin, Antoinette | A1600764 |
| 37. Benton, Shawnda | A1503378 |
| 38. Benton, William | A1706594 |

# EXHIBIT A

| | |
|---|---|
| 39. Bess, Denise | A1706442 |
| 40. Beyer, Leona | A1706604 |
| 41. Billing, Trey | A1403074 |
| 42. Bishop, Edythe | A1506609 |
| 43. Bode, Anthony | A1402942 |
| 44. Boggs, Paul, as Administrator of the Estate of Barbara Boggs | A1506302 |
| 45. Boggs, Kaitlyn | A1700307 |
| 46. Boggs, Kaitlyn- Children's | A1700333 |
| 47. Hawks, Stephanie, as Executrix of the Estate of Nancy Boland | A1706538 |
| 48. Bookman, Jennifer | A1706481 |
| 49. Boone, Patricia | A1706541 |
| 50. Borchers, Deena | A1706440 |
| 51. Botner, Doris | A1302782 |
| 52. Botner, Gerald | A1706602 |
| 53. Bowling, Arletta | A1601973 |
| 54. Bowman, Nancy | A1706608 |
| 55. Brackett, Penny | A1706548 |
| 56. Bradshaw, Latoya | A1601544 |
| 57. Brashear, Christina | A1506959 |
| 58. Braucher, Melissa | A1506956 |
| 59. Bray, Dominique | A1700315 |
| 60. Bray, Lindsey | A1706515 |
| 61. Breitenstein, Rebecca | A1306847 |
| 62. Brewer, Randal | A1706552 |
| 63. Brice, Sharon | A1706570 |
| 64. James, Melvin, as Administrator of the Estate of Carrie Britten | A1706528 |
| 65. Brophy, Michael | A1504460 |
| 66. Brorein, Richard, as Executor of the Estate of Eileen Brorein | A1706556 |
| 67. Brown, James | A1706472 |
| 68. Lozier, Richard, as Executor of the Estate Patricia Bruce | A1706557 |
| 69. Brunner, Jonathan | A1706490 |
| 70. Burton, Kayla | A1505678 |
| 71. Buschur, Vicki | A1706590 |
| 72. Bushelman, Kathleen | A1700306 |
| 73. Buskirk, Annette | A1600234 |
| 74. Butler, Brenda | A1403489 |

**EXHIBIT A**

| | |
|---|---|
| 75. Byar, Michele | A1706532 |
| 76. Callahan, Douglas | A1706452 |
| 77. Calligan, Patrick | A1401182 |
| 78. Campbell, Jan | A1505625 |
| 79. Campbell, Robert | A1506574 |
| 80. Carr, Andrew | A1505422 |
| 81. Chhun, Bunnavuth | A1706417 |
| 82. Chisman, Tonya | A1706586 |
| 83. Clark, Chris | A1302874 |
| 84. Cochran, Jessica | A1706482 |
| 85. Collins, John | A1504451 |
| 86. Compo, Elizabeth | A1706458 |
| 87. Conger, David | A1700310 |
| 88. Conger, Kenneth | A1505424 |
| 89. Conley, Brenda | A1706412 |
| 90. Conley, Dana | A1706427 |
| 91. Cook, Michael | A1700311 |
| 92. Coots, Gary | A1706464 |
| 93. Cotter, Jacob | A1406929 |
| 94. Couch, Sandra, Administratrix of the Estate of Jackie Couch | A1706567 |
| 95. Courtney, Eric | A1307859 |
| 96. Crail, Michael | A1706529 |
| 97. Crissinger, Karen | A1400584 |
| 98. Crissinger, Karen- Christ | A1502865 |
| 99. Crowe, Joi | A1700300 |
| 100. Crowe, Forrest and Carrie, Individually and on behalf of their Minor Daughter, K.C. | A1505776 |
| 101. Cullins, Joy | A1700283 |
| 102. Curley, Kathryn | A1400583 |
| 103. Dabney, William | A1706595 |
| 104. McCaughey, Christopher, as Administrator of the Estate of Margaret Dailey | A1504459 |
| 105. Dale, Tammy | A1706577 |
| 106. Davis, Joseph | A1506163 |
| 107. Davis, Nellie | A1706539 |
| 108. Dawson, Ralph | A1706550 |
| 109. Deaton, Ollie | A1700313 |
| 110. Deaton, Stefanie | A1506166 |
| 111. Deck, Damon | A1506307 |
| 112. Dennis, Sandra | A1601537 |

**EXHIBIT A**

| | |
|---|---|
| 113. Densler, Robert | A1706561 |
| 114. Dority, Kristine | A1700305 |
| 115. Dotson, Carolyn | A1706418 |
| 116. Doyle, Deborah | A1505421 |
| 117. Drafts, Douglas | A1706453 |
| 118. Dugan, Patrick | A1706542 |
| 119. Dugger, Billy | A1706411 |
| 120. Dunklin, Dawn | A1706434 |
| 121. Durham, Jacob | A1403361 |
| 122. Earls, Darrell | A1706431 |
| 123. Eder, Mona | A1601568 |
| 124. Elfers, Kevin | A1706507 |
| 125. McClure, Barbara, as Executrix of the Estate of Robert Ellington | A1706407 |
| 126. McClure, Barbara, as Executrix of the Estate of Connie McClure-Ellington | A1506608 |
| 127. Elliott, Richard | A1504466 |
| 128. Errgang, Brenda | A1706413 |
| 129. Esselman, Tracy | A1503652 |
| 130. Fait, Arlene | A1506606 |
| 131. Bates, Kimberly, as Administratrix of the Estate of Tony Falkner | A1706408 |
| 132. Favaron, Linda, as Executrix of the Estate of Neil Favaron | A1506607 |
| 133. Feltner, Jacob | A1503379 |
| 134. Feltner, Karen | A1503650 |
| 135. Finnell, Caela | A1706389 |
| 136. Fite, Troy | A1505426 |
| 137. Ford, Shamyia | A1402763 |
| 138. Ford, Francine | A1706462 |
| 139. Fossett, Lennie | A1706513 |
| 140. Franks, Amanda | A1706406 |
| 141. Frazier, Joann | A1706484 |
| 142. Freeman, Julie | A1504131 |
| 143. Gardner, Judith | A1706493 |
| 144. Geralds, Christine | A1700303 |
| 145. Gilbert, Erma Jean | A1706460 |
| 146. Goldstein, Christina | A1700299 |
| 147. Good, Donna | A1706449 |
| 148. Graber, Greg | A1603347 |
| 149. Grabow, Maurice | A1706526 |

**EXHIBIT A**

| | |
|---|---|
| 150. Greelish, Erin | A1601539 |
| 151. Greene, Gloria | A1706467 |
| 152. Gregory, Robbie | A1706560 |
| 153. Griessman, Carla | A1504132 |
| 154. Griffin, Susan | A1706575 |
| 155. Grimm, Jenny | A1506165 |
| 156. Habermehl, Melissa | A1706527 |
| 157. Haggard, Lenora | A1706514 |
| 158. Halbert, Taura, Individually and on Behalf of her Son, Paris Halbert | A1504448 |
| 159. Haley, Lynn | A1706520 |
| 160. Hall, Alyssa | A1505430 |
| 161. Hall, David, Administrator of the Estate of Lisa Hall | A1706516 |
| 162. Hall, Ruhama | A1706617 |
| 163. Hamilton, William | A1505427 |
| 164. Hamilton, Samantha | A1706393 |
| 165. Hamilton, Dorothea | A1706451 |
| 166. Hammons, Courtney | A1706426 |
| 167. Handorf, Ryan | A1706379 |
| 168. Hannon, Timothy | A1706583 |
| 169. Hartman, Adam | A1504465 |
| 170. Hartness, Kevin | A1602538 |
| 171. Hastings, Jessica | A1505972 |
| 172. Hatfield, Wayne | A1706592 |
| 173. Hayes, Douglas, Executor of the Estate of William Hayes | A1706454 |
| 174. Haynes, Emily | A1505433 |
| 175. Healy, Minuet | A1403757 |
| 176. Powers, Leslie, Administrator of the Estate of Heather Heffner | A1700281 |
| 177. Powers, Leslie, Administrator of the Estate of Heather Heffner- Children's Case | A1700326 |
| 178. Helton, Denise | A1706368 |
| 179. Helton, Evelyn | A1706461 |
| 180. Henderson, Debra | A1706439 |
| 181. Hennessy, Kelly | A1601546 |
| 182. Hensley, Barbara | A1503355 |
| 183. Hensley, Ryan | A1700316 |
| 184. Herbert, Emily | A1500563 |
| 185. Hersley, Kathy | A1700288 |

**EXHIBIT A**

| | |
|---|---|
| 186. Higginbothan, Karen | A1706495 |
| 187. Hightchew, Alissa | A1306915 |
| 188. Hillard, Michael | A1706530 |
| 189. Hitchcock, Dirk | A1706447 |
| 190. Hoffman, Celeste | A1506961 |
| 191. Hon, Loretta | A1706519 |
| 192. Hortman, Chelsea | A1706421 |
| 193. Houghton, Robert II | A1504133 |
| 194. Hounchell, Ricky | A1706558 |
| 195. Hounchell, Rita | A1706559 |
| 196. Howell, Kathryn | A1706500 |
| 197. Hughes, Tammy | A1506960 |
| 198. Gerbus, Mary, as Administratrix of the Estate of Lois Hughes | A1706525 |
| 199. Hunley, Kevin | A1503649 |
| 200. Hursong, Carolyn | A1602538 |
| 201. Huser, David, as Executor of the Estate of Connie Huser | A1706432 |
| 202. Hutton, Martha | A1505050 |
| 203. Hyde, Irene | A1706471 |
| 204. Ieraci, Elsa | A1706459 |
| 205. Janson, Tracy | A1505049 |
| 206. Jenkins, Kimberly | A1706508 |
| 207. Jobe, Stephanie | A1601540 |
| 208. Johnson, Amber | A1403174 |
| 209. Johnson, Chelsea | A1700294 |
| 210. Johnson, Karen | A1505624 |
| 211. Johnson, Roger | A1700329 |
| 212. Jonas, Sara | A1504134 |
| 213. Jones, Rachel | A1601422 |
| 214. Jones, Tammy | A1506164 |
| 215. Jones, Joan | A1706486 |
| 216. Judkins, Jacqueline | A1506306 |
| 217. Judkins, Jacqueline, as Administratrix of the Estate of Phyllis Judkins | A1700332 |
| 218. McCaughey, Christopher, as Administrator of the Estate of Sarah Juergens | A1602538 |
| 219. Holley, Cathy, Administratrix of the Estate of Linda Kallmeyer-Ward | A1602538 |
| 220. Kauffman, Joshua | A1503668 |
| 221. Kauffman, Katelyn | A1602538 |

**EXHIBIT A**

| | |
|---|---|
| 222. Keplinger, Michelle | A1706607 |
| 223. Kibler, Martha | A1706524 |
| 224. Kidd, Deborah | A1706616 |
| 225. King, Charlotte | A1706420 |
| 226. Knauer, Maggie, as Administrator of the Estate of Christopher Knauer | A1504787 |
| 227. Knauer, Maggie | A1504130 |
| 228. Koch, Amanda | A1602538 |
| 229. Koehler, Rose | A1504135 |
| 230. Koehler, Shannon | A1700297 |
| 231. Koelblin, Mike | A1506160 |
| 232. Kopp, Valarie | A1706589 |
| 233. Krabacher, Sheila Pogue | A1601533 |
| 234. Krech, Larry | A1706511 |
| 235. Lacinak, Brandon | A1400586 |
| 236. Lainhart, Natasha (Dressman) | A1700296 |
| 237. Langford, Maurine and Lyndon, Individually and Behalf of Minor Son, N.L. | A1307857 |
| 238. Lantry, Tom | A1706372 |
| 239. Legendre, Patricia | A1505510 |
| 240. Leger, Karen | A1706496 |
| 241. Leisring, Beth | A1504457 |
| 242. Lemmel, Sandra | A1706568 |
| 243. Levan, Ailene | A1706405 |
| 244. Lilly, Adrian | A1504446 |
| 245. List, Derek | A1503024 |
| 246. List, Lynne | A1505509 |
| 247. Little, Tammie | A1706576 |
| 248. Lovette, Tamala | A1706404 |
| 249. Mains, Vicky | A1600432 |
| 250. Mains, Rhonda | A1706555 |
| 251. Mains, Shirley | A1706573 |
| 252. Mann, Tammy | A1302870 |
| 253. Marcheschi, Jack | A1308383 |
| 254. Martin, Stacy John | A1700309 |
| 255. Martin, Marsha | A1706523 |
| 256. Masters, Robert | A1700295 |
| 257. Mathews, Traci | A1706587 |
| 258. Mathis, Brandon | A1307861 |
| 259. Mauntel, Donald, on behalf of his minor daughter M.M. | A1706377 |

## EXHIBIT A

| | |
|---|---|
| 260. Mayer, Kimberly | A1706509 |
| 261. Mayfield, Derek | A1706443 |
| 262. McCain, James | A1706474 |
| 263. McCall, Jenna | A1706391 |
| 264. McCann, Heather | A1506572 |
| 265. McClendon, Kyra | A1506695 |
| 266. Fletcher, Stacy, as Executrix of the Estate of Jeffrey McClure | A1706478 |
| 267. McDonald, Kevin | A1401890 |
| 268. McDonald, Marcella | A1706521 |
| 269. McKenney, Grant | A1504462 |
| 270. McKinney, Candi | A1700308 |
| 271. McKnight, Tyler | A1503669 |
| 272. McMillen, Teresa | A1706578 |
| 273. McMurren, Mark | A1706606 |
| 274. McNeal, Kameron | A1503653 |
| 275. McNeal, Kerry | A1700328 |
| 276. McQueary, Tonia | A1506957 |
| 277. Meadows, Tiffany | A1706582 |
| 278. Merland, Dawn | A1503354 |
| 279. Messerschmidt, Tiffany | A1505432 |
| 280. Metcalf, Randall | A1706551 |
| 281. Meyer, Diane | A1706446 |
| 282. Meyers, Thomas | A1706581 |
| 283. Middendorf, Lyndsey | A1506649 |
| 284. Miller, Karen | A1706497 |
| 285. Miller, Ryan | A1706566 |
| 286. Mink, Samantha | A1401893 |
| 287. Moffitt, Vera | A1601543 |
| 288. Moore, Stephanie | A1505431 |
| 289. Moore, Tim | A1706371 |
| 290. Moore, Billie | A1706410 |
| 291. Moore, Donald | A1706448 |
| 292. Moore, Robert | A1706563 |
| 293. Mounce, Robert | A1700301 |
| 294. Mueller, Sarra | A1302875 |
| 295. Myers, Jennifer | A1505971 |
| 296. Nafe, Joetta | A1706488 |
| 297. Neal, Tonya | A1706394 |
| 298. Nelson, Charles | A1402760 |

**EXHIBIT A**

| | |
|---|---|
| 299. Newman, Marjorie | A1601535 |
| 300. Nichols, Teresa | A1601569 |
| 301. Nisbett, Rahman | A1503128 |
| 302. Noble, Michelle | A1506041 |
| 303. Nyemba, Ruvimbo | A1602538 |
| 304. Oberlander, Wendy | A1706593 |
| 305. Odulana, Michael | A1505419 |
| 306. Osborn, Timothy | A1706612 |
| 307. Owens, Dannie Mae | A1706429 |
| 308. Payne, Haley | A1706468 |
| 309. Peddicord, Jeff | A1706479 |
| 310. Pelfrey, Duane | A1706470 |
| 311. Pennington, Angela | A1503651 |
| 312. Pfetsch, Nancy, as Executrix of the Estate of Kenneth Pfetsch | A1706505 |
| 313. Phillips, Clarence | A1706425 |
| 314. Pickett, Heather | A1307306 |
| 315. Pickett, Heather- Children's | A1505428 |
| 316. Potts, Jeff | A1206877 |
| 317. Powell, Antoine | A1505434 |
| 318. Powers, Bryan | A1706416 |
| 319. Prater, Katie | A1601534 |
| 320. Schuster, Heather, as Executrix of the Estate of Lawrence Pridemore | A1506576 |
| 321. Pritchard, Tom, as Administrator of the Estate of Sharon Pritchard | A1706571 |
| 322. Puckett-Morrissette, Sherri | A1601536 |
| 323. Pummell, Carol | A1700287 |
| 324. Pumpelly, James | A1706473 |
| 325. Emerson, Misty, as Administrator of the Estate of Marcia Quinn | A1706536 |
| 326. Radeke, Sandra | A1706569 |
| 327. Radenheimer, Margaret | A1706522 |
| 328. Ravenscraft, Mary | A1506161 |
| 329. Ray, Todd | A1506573 |
| 330. Redrow, Samantha | A1504456 |
| 331. Reed, Mark | A1506490 |
| 332. Reed, Danielle | A1706428 |
| 333. Fenner, Jean, Executor of the Estate of Jane Reeder | A1706492 |
| 334. Reeves, Valerie | A1706588 |

# EXHIBIT A

| | |
|---|---|
| 335. Reifenberger, Holly | A1604027 |
| 336. Remley, Jeffrey | A1706477 |
| 337. Reynolds, Derrill | A1706444 |
| 338. Reynolds, Harry | A1706469 |
| 339. Reynolds, Kent II | A1706506 |
| 340. Reynolds, Lisa | A1706517 |
| 341. Ribariu, Jordan | A1603343 |
| 342. Richardson, John | A1601542 |
| 343. Riley, Jason | A1706475 |
| 344. Rister, Gordon, as Administrator of the Estate of Donna Rister | A1706450 |
| 345. Roark, Deborah | A1601421 |
| 346. Robbinson-Woods, Theresa | A1505872 |
| 347. Robinson, Kelly | A1706502 |
| 348. Rodriguez, Debbie | A1601532 |
| 349. Romer, Jason | A1706603 |
| 350. Rose, Dorothy | A1506696 |
| 351. Worley, Deborah, as Executrix of the Estate of Fay Rosebery | A1700331 |
| 352. Roundtree, Sandra | A1603341 |
| 353. Rowley, Ronald | A1602538 |
| 354. Carmen, Stephen, as Administrator of the Estate of Kathrynn Rueve | A1706574 |
| 355. Runtz, Robert | A1706562 |
| 356. Rutter, Christina and Joe, Individually and on Behalf of Minor Son, C.R. | A1402941 |
| 357. Sand, Mike | A1506694 |
| 358. Scheper, Chris | A1706423 |
| 359. Schiller, Robin | A1706564 |
| 360. Schimmel, Joseph | A1706491 |
| 361. Schmidt, Kim | A1600109 |
| 362. Schmit, Kevin | A1400009 |
| 363. Schmit, Patrick | A1506162 |
| 364. Schock, Susan | A1700291 |
| 365. Schultz, Steven Andrew | A1506861 |
| 366. Schulze, Timothy | A1706584 |
| 367. Schuster, Ronald | A1506303 |
| 368. Scott, Rhonda | A1601541 |
| 369. Scott, Delores | A1706441 |
| 370. Scully, Ali | A1504452 |
| 371. Sears, Ruthie | A1403488 |

**EXHIBIT A**

| | |
|---|---|
| 372. Setters, Dana | A1506570 |
| 373. Shafer, Glenna | A1706466 |
| 374. Shannon, Asia | A1403365 |
| 375. Shepherd, Charlann | A1504455 |
| 376. Shott, Patricia, as Executrix of the Estate of Gregory Shott | A1502144 |
| 377. Sizemore, Michelle | A1706533 |
| 378. Slayback, Heather | A1504453 |
| 379. Warren, Haley, as Administrator of the Estate of Crystal Slone | A1706402 |
| 380. Smallwood, Donna | A1706600 |
| 381. Smith, Donald | A1700302 |
| 382. Smith, David | A1706433 |
| 383. Smoote, Orris | A1504461 |
| 384. Snider, David | A1700285 |
| 385. Spangenberg, Sherrie | A1700317 |
| 386. Spivy, Billy | A1602538 |
| 387. Stallings, Eddie | A1706456 |
| 388. Fisher, David, as Administrator of the Estate of Michelle Stephens | A1706534 |
| 389. Stephenson, Patrick | A1706544 |
| 390. Stigall, Deon Jr. | A1501742 |
| 391. Stratman, Sierra | A1305127 |
| 392. Tackett, Ryan | A1505420 |
| 393. Tanner, Ryan | A1506304 |
| 394. Taylor, Alex | A1402940 |
| 395. Taylor, Karen | A1706498 |
| 396. Thaeler, Ben | A1504449 |
| 397. Thien, Brian | A1706415 |
| 398. Thiessen, Edward | A1706457 |
| 399. Thomas, Adrienne | A1700304 |
| 400. Underwood, Connie | A1700312 |
| 401. Underwood, Kimberly | A1706510 |
| 402. Upchurch, Jacklen | A1700290 |
| 403. Vance, Jordan | A1506575 |
| 404. Wallace, Shannon | A1505425 |
| 405. Wallace, Vicki | A1504458 |
| 406. Walls, Katherine | A1506955 |
| 407. Walsh, Lindsay | A1403490 |
| 408. Walsh, Tracey | A1700286 |
| 409. Walters, Michelle | A1706535 |

**EXHIBIT A**

| | |
|---|---|
| 410. Ward, Helen | A1402762 |
| 411. Watkins, Michael | A1706531 |
| 412. Waxler, Elaine | A1706601 |
| 413. Webber, Daniel | A1403644 |
| 414. Weber, Cathleen | A1504463 |
| 415. Webster, Brandon | A1505429 |
| 416. Weisbecker, Laura | A1506223 |
| 417. Weisman, Kirstin | A1706392 |
| 418. Wesley, Regina | A1706554 |
| 419. Whalen, Timothy | A1706585 |
| 420. Whalen, Violet | A1706591 |
| 421. Wheeler, Lonnie | A1706518 |
| 422. White, Sophia | A1600232 |
| 423. Wilder, Joseph, as Administrator of the Estate of Tamathy Wilder | A1706611 |
| 424. Wilder, Troy | A1706613 |
| 425. Williams, Benjamin | A1706409 |
| 426. Williams, Kelly | A1706504 |
| 427. Willoughby, Patrick | A1706543 |
| 428. Wilson, Alisa, Individually and on Behalf on her Minor Son; J.W. | A1505775 |
| 429. Wilson, Robert | A1506860 |
| 430. Wilson, Terry | A1600233 |
| 431. Wilson, Vicky | A1601538 |
| 432. Wilson, Carol | A1706419 |
| 433. Wilson, Jetton | A1706483 |
| 434. Wilson, Paula | A1706545 |
| 435. Wilson, Paul | A1706547 |
| 436. Wingert, Dawn | A1706436 |
| 437. Wittmeyer, Priscilla | A1706609 |
| 438. Wolder, Bill | A1700292 |
| 439. Wolsing, Billy | A1506693 |
| 440. Wooten, Carla | A1601545 |
| 441. Work, Amber | A1706597 |
| 442. Worley, Deborah | A1706438 |
| 443. Wright, Cory | A1402534 |
| 444. Wright, Ron, as Executor of the Estate of Leah Wright | A1706565 |
| 445. Wyatt, Cheryl | A1505970 |
| 446. Yeakle, Veronica | A1600235 |
| 447. Young, Evelyn | A1502866 |

## EXHIBIT A

| | |
|---|---|
| 448. Young, Joann | A1706485 |
| 449. Young, Keith | A1706501 |
| 450. Zachry, Corrine | A1600762 |
| 451. Zureick, Mary | A1400581 |
| 452. Zymslo, Hannah | A1506305 |